# EXHIBIT A

# EXHIBIT A



SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ROBERT MORRIS
1901 E Street, SE
Washington, DC 20003

    *Plaintiff,*

Vs.

CORRECTIONS CORPORATION OF
AMERICA
1901 E Street, SE
Washington, DC 20003

    *Defendant.*

SERVE:
CT CORPORATION SYSTEM
1015 15th Street, NW, Suite 100
Washington, DC 20005

JAN 04 2013

13-0000075

## COMPLAINT

(Negligence)

### I. Jurisdiction

1. This is a civil action seeking compensatory damages for injuries suffered by Robert Morris. This action arises under the common law of the District of Columbia.

2. This court has jurisdiction over this action pursuant to DC Code § 11-921 (1981 Edition).

### II. Parties

3. Plaintiff, Robert Morris, is an adult natural person who, at all times relevant to this action, was incarcerated at the Correctional Treatment Facility in Washington, DC. He is a resident of Washington, DC.

1

4. Defendant Corrections Corporation of America, Inc. (hereinafter "CCA") operated the Correctional Treatment Facility and at all relevant times to this action had responsibility for persons incarcerated at that facility

### III. Factual Background

5. On September 20, 2012, at approximately 8:30 pm, Mr. Robert Morris, an inmate at Correctional Treatment Facility at 1901 E Street, SE, Washington, DC, was showering in Unit D2A when the water temperature suddenly increased and burned him in his groin.

6. Upon information and belief, Correctional Treatment Facility is responsible for the maintenance and safety of the area where Plaintiff was injured.

7. Upon information and belief, other inmates had complained of sudden temperature changes while showering, prior to Plaintiff's injury but no repairs had been undertaken by CCA. Despite this CCA continued to operate what it knew, or should have known, was a dangerous shower.

### COUNT ONE

(Negligence)

8. Plaintiff hereby incorporates paragraphs 1 through 7, *supra*, by reference.

9. CCA by not properly maintaining the showers, as described above, operated a hazardous shower area in violation of the applicable standard of care.

10. As a direct and proximate result of the aforesaid negligence, the temperature in the shower suddenly increased and injured Plaintiff as described above.

11. The increase in water temperature was a substantial factor in causing Plaintiff's burns.

WHEREFORE, Plaintiff prays for a judgment against defendant Correctional Treatment Facility awarding compensatory damages in the amount of $1,000,000 (One Million Dollars), costs of this suit, and any other relief deemed appropriate by the court.

Respectfully Submitted by,

GEOFFREY D. ALLEN, ESQUIRE

_____
Geoffrey D. Allen
DC Bar No.: 288142
1730 Rhode Island Avenue, NW, Suite 206
Washington, DC 20036
(202) 778-1167

## JURY DEMAND

Plaintiff demands trial by jury as to all counts herein.

_____
Geoffrey D. Allen, Esquire

3